# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>SEBASTIAN VARGAS-FRAGOSO<br><br>Date of Original Judgment:   11/13/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:   5:21-CR-304-5D

USM No:   65027-509

Pro Se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    ☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant used violence or credible threats of violence in connection with his offense. See [D.E. 652] 1; [D.E. 509] 5-22. Thus, the court DENIES defendant's motion to reduce sentence [D.E. 591].

Except as otherwise provided, all provisions of the judgment dated _____11/13/2023_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   6/18/26

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

_____
*Printed name and title*